UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JENIFER M FISHER,

           Plaintiff,

v.

CAROLYN COLVIN, Acting Commissioner of Social Security,

           Defendant.

CASE NO. 2:15-CV-00215-JLR-DWC

ORDER REVERSING DEFENDANT'S DECISION TO DENY BENEFITS AND REMANDING FOR FURTHER ADMINISTRATIVE PROCEEDINGS

The Court, having reviewed Plaintiff's Complaint, the Report and Recommendation of Judge David W. Christel, United States Magistrate Judge, and objections to the report and recommendation, if any, and the remaining record, does hereby find and ORDER:

(1)    the Court adopts the Report and Recommendation;

(2)    the ALJ erred in his decision as described in the Report and Recommendation; and

(3)    the matter is therefore REVERSED and remanded to the Commissioner for further administrative proceedings.

DATED this 7th day of December, 2015.

                              James L. Robart
                              United States District Judge